# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trinity Warner,<br><br>           Plaintiff,<br><br>v.<br><br>Experian Information Solutions Inc., et al.,<br><br>           Defendants. | No. CV-15-01212-PHX-GMS<br><br>**CONSOLIDATED WITH:**<br><br>**No. CV-16-01888-PHX-GMS**<br>**No. CV-16-01883-PHX-GMS**<br>**No. CV-16-01879-PHX-GMS**<br>**No. CV-16-01877-PHX-GMS**<br>**No. CV-16-01847-PHX-GMS**<br>**No. CV-16-01727-PHX-GMS**<br>**No. CV-16-01834-PHX-GMS**<br>**No. CV-16-01824-PHX-GMS**<br>**No. CV-16-01825-PHX-GMS**<br>**No. CV-16-01728-PHX-GMS**<br>**No. CV-16-01890-PHX-GMS**<br>**No. CV-16-01844-PHX-GMS**<br>**No. CV-16-01731-PHX-GMS**<br>**No. CV-16-01729-PHX-GMS**<br>**No. CV-16-01730-PHX-GMS**<br>**No. CV-16-01845-PHX-GMS**<br>**No. CV-16-01833-PHX-GMS** |
| Experian Information Solutions Inc.,<br><br>           Counterclaimant,<br><br>v.<br><br>Trinity Warner, et al.,<br><br>           Counterdefendants. | No. CV-16-00660-PHX-GMS<br>No. CV-16-00661-PHX-GMS<br>No. CV-16-00663-PHX-GMS<br>No. CV-16-00665-PHX-GMS<br>No. CV-16-00666-PHX-GMS<br>No. CV-16-00667-PHX-GMS<br>No. CV-16-01039-PHX-GMS<br><br>**ORDER** |

/ / /

/ / /

1  **IT IS HEREBY ORDERED** granting the parties' Stipulations for Dismissal with Prejudice (Docs. 141-142) of Case Nos. CV-16-01729-PHX-GMS and CV-16-01890-PHX-GMS.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate the pending Motions to Dismiss (Docs. 121-122) filed in the Lead Case No. CV-15-01212-PHX-GMS.

Dated this 30th day of August, 2016.

_____
Honorable G. Murray Snow
United States District Judge